Opinion by HEAD, J.

---

## Miller v. Kahn & Co.

APPEAL from Wilcox Circuit Court.

Tried before the Hon. JOHN MOORE.

MILLER & BONNER, for appellant.

PITTS & PITTS, *contra*.

This was a statutory trial of the right of property, which was instituted by the appellant, B. M. Miller, as assignee of M. Michelis, interposing a claim to property which was levied upon under an attachment sued out by the appellees, B. Kahn & Co., against M. Michelis, as defendant, and levied upon property to which claim was interposed.

There were verdict and judgment in faveor of the plaintiff in attachment, and the claimant appeals. Judgment affirmed.

Opinion by HARALSON, J.